UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021
```

GEORGE CAMPBELL,

                Plaintiff,

-against-

WARDEN BALTAZAR,

                Defendants.

1:16-cv-05920-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Pursuant to the order issued by the United States Court of Appeals for the Second Circuit on April 26, 2021, *see* ECF No. 19, and the mandate issued thereafter, *see* ECF Nos. 20, 21, this case is DISMISSED. The Clerk of Court respectfully is requested to close this case on ECF and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Date:  July 19, 2021
         New York, NY

                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**